# FIRST DEPARTMENT, FEBRUARY, 1890.

**Decisions handed down, February 14, 1890.**

Christopher B. Keogh and others, Plaintiffs, v. Ferdinand R. Minrath, Defendants, Impleaded, etc.—Exceptions overruled and judgment ordered upon the dismissal of the complaint for the defendant, with costs. Opinion by Van Brunt, P. J.

Gustav Amberg, Appellant, v. William Kramer, Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of John R. Graham, Deceased.— Decree affirmed, with costs against the appellants in favor of both respondents. Opinion by Van Brunt, P. J.

John Bannen, Respondent, v. Annie L. McCahill, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

George Hoepfner and others, Appellants, v. August L. Sevestre, Respondent.— Judgment reversed and new trial ordered, with costs to the appellants to abide the event. Opinion by Barrett, J.

George Hoepfner and others, Appellants, v. August L. Sevestre, Respondent.— Appeal dismissed, without costs. Opinion by Barrett, J.

Sarah Frances Blake, Respondent, v. Alfred C. Barnes and others, Appellants—Order reversed with ten dollars costs and disbursements and motion granted ; but with leave to the plaintiff, on payment of such costs and disbursements, to amend the complaint if she so desires, so as to omit therefrom all matters except such as are relevant to a single cause of action. Opinion by Bartlett, J.

Frank B. Stearns, Appellant, v. St. Louis and San Francisco Railway Company, Respondent.— Judgment affirmed, with costs. Opinion *Per Curiam.*

Philo L. Mills and others, Plaintiffs, v. J. Forster Parkhurst as Assignee, etc., Defendant.— Judgment modified as directed in opinion, and as modified affirmed, without costs. Opinion by Van Brunt, P. J.

John C. Freeman as Receiver, etc., Appellant, v. Hugh J. Grant, Sheriff, etc., Respondent.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Harbeck, Respondent, v. Sarah K. Pupin and others, Appellants.— Motion granted.

Blanche L. Andrews, Plaintiff, v. William C. Brewster and others, Executors, etc., Defendants.— Exceptions sustained and a new trial ordered, with costs to the defendant to abide event. Opinion by Van Brunt, P. J.

Frederick H. Smith, Jr , Appellant, v. Francis W. Savin and others, Respondents.—Judgment reversed and new trial ordered, with costs to

the appellant to abide event. Opinion by Van Brunt, P. J.

Charles A. Post, Respondent, v. William A. Simmons and others, Appellants.— Judgment affirmed, with costs. Opinion by Daniels, J.

Stephen M. Chester, Plaintiff, v. Francois Henry Jumel and others, Defendants, — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Augusta C. Genet, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant.— Judgment reversed, with costs. Opinion by Brady, J.

William L. Stow, Respondent, v. Martin A. B. Stacey, Appellant.— Order reversed and the motion to vacate the attachment granted, with ten dollars costs and disbursements. Opinion by Brady, J.

The People of the State of New York *ex rel.* Christopher Clark v. Stephen B. French and others, Commissioners, etc.— Writ dismissed, with costs. Opinion by Van Brunt, P. J. Dissenting opinion by Brady, J.

Erastus H. Barnes, Respondent, v. Walter P. Denslow and others, Appellants.— Judgment as modified by opinion affirmed, without costs. Opinion by Van Brunt, P. J.

William A. Copp, Appellant, v. Harry B. Hollins and others, Respondents.— Judgment and orders affirmed, with costs. Opinion by Barrett, J.

Michael J. Collins, Respondent, v. Thomas Manning, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Van Brunt, P. J,

Mary L. Butterfield v. James Gordon Bennett, John Townshend, Appellant.— Order affirmed, with disbursements to the respondents, with leave to apply upon payment of such disbursements for a rehearing of the motion upon the new affidavits filed upon motion for resettlement and upon such other proof as he may be advised. Opinion by Bartlett, J.

Henry S. Akersloot, Respondent, v. The Second Avenue Railway Company, Appellant.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Jose A. del Valle, Respondent, v. Jose E. Navarro, Appellant.— Motion granted, with costs.

Anne E. Pollock v. William Briggs.— Motion granted, with costs.

Watson A. Fox, Appellant, v. Livingston Satterlee and others, Respondents — Judgment modified by striking out the words " on the merits," and, as modified, affirmed, without costs. Opinion by Barrett, J.

Joseph Grafton, Appellant, v. William Moir, Respondent — Judgment affirmed, with costs. Opinion by Barrett, J.

George A. McDermott, as Receiver, etc., Appellant, v. John Harrison and others, Respondents.— Judgment affirmed, with costs.— Order also affirmed. Opinion by Cullen, J.

---

# FIRST DEPARTMENT, MARCH TERM, 1890.

**Decisions handed down March 14, 1890.**

Emma Foley, Plaintiff, v. George Stone and others, Defendants.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Harshaw Scott, Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Brady, J.

Frederick W. Banning v. Joseph J. Kittel and others.— Motion denied. (Mem.)

Alfred De Cordova, Respondent, v. Stephen C. Barnum, Appellant. — Judgment affirmed. Opinion by Brady, J.

William H. Hussey, Respondent, v. Weeks W. Culver and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

John W. Haaren, Respondent, v. Jeremiah C. Lyons and others, Appellants. — Judgment affirmed, with costs. Opinion by Daniels, J.

Henry J. Burchell, Respondent, v. The Mayor, etc., of the City of New York, Appellant.— Judgment affirmed. Opinion by Daniels, J.